UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                          :
IN RE:                                     :
                          :
INGRID OLSEN,                         :           21-CV-7901 (JMF)
                          :
                  Debtor.            :           <u>ORDER</u>
                          :
------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

        This bankruptcy appeal has been assigned to me for all purposes. The briefing schedule provided in the Federal Rules of Bankruptcy Procedures, specifically in Rule 8018, is not excused and is hereby adopted. The parties are advised that oral argument will not be held unless and until the Court orders otherwise.

        SO ORDERED.

Dated: October 13, 2021                  _____
      New York, New York                          JESSE M. FURMAN
                                                       United States District Judge