UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

In Re:                                                                    ORDER OF DISMISSAL
                                                                                          FOR
**Ingrid Olsen**                                                    FAILURE TO PROSECUTE
                                                                              BANKRUPTCY APPEAL

-----------------------------------------------------X           21--CV-7901 JMF

FROM:   VITO GENNA, CLERK
              UNITED STATES BANKRUPTCY COURT
              SOUTHERN DISTRICT OF NEW YORK

TO:         RUBY J. KRAJICK, CLERK
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF NEW YORK

IN RE: Ingrid Olsen                                                        BANKRUPTCY CASE: **18-B-10460 (CGM)**
DATE OF FILING NOTICE OF APPEAL: 07/19/2021
BANKRUPTCY DOCUMENT #: 304

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to file the Designation of Items to be Included in the Record as required by:

     _X_ FRBP 8009
     ___ Federal Rules of Civil Procedure (Rule _____)
     _X_ 28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
     ___ Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated:   **November 16, 2021**                                                                 Vito Genna, Clerk
New York, New York                                                                       U.S. Bankruptcy Court, SDNY

                                                                  By:   _s/ Anatin Rouzeau_
                                                                           Deputy Clerk

### ORDER

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated __November 17__ 20 _21_
New York, New York                                                                       Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____                                   Ruby J. Krajick , Clerk
                                                                                                   District Court, SDNY

                                                                               By: _____
                                                                                    Deputy Clerk